IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 06-CR-30119-DRH |
| | ) |
| EDWARD SCOTT LUCKABAUGH, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Pursuant to Defendant's motion for an order permitting his psychiatrist to visit, interview and examine him at the Perry County Jail, and good cause having been shown therefore, said motion is **GRANTED**. The United States Marshals are directed to permit Dr. Terry Killian access to Defendant at a time convenient for the Perry County Jail personnel.

IT IS SO ORDERED.

DATE: November 7, 2004.

/s/     David   RHerndon
United State District Judge